UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRENDON ALAN McCORD,

    Plaintiff,

    v.                                           Case No. 18-CV-1951

ARAMARK, INC./iCARE,
CAPTAIN SUBECK,
and NURSE MEGAN

    Defendants.

## STATEMENT ON NON-ACCEPTANCE OF SERVICE

Pursuant to a Memorandum of Understanding between the Court and the Milwaukee County Office of Corporation Counsel, and the Court's Screening Order [ECF No. 7], Corporation Counsel does not accept service of process upon the identified defendant in this action for the reason stated below:

| NAME | ACCEPT SERVICE? | DATE OF SERVICE | REASON SERVICE NOT ACCEPTED; LAST KNOWN ADDRESS |
|---|---|---|---|
| Nurse Megan | No | | Nurse Megan appears to be an employee of Armor Correctional Health Services ("Armor"), not Milwaukee County. Upon information and belief, counsel for Armor and its employees is John J. Reid of Cassiday Schade LLP. |

I certify that on this date, a copy of this Statement on Non-Acceptance of Service has been served upon plaintiff by U.S. Postal Service mail addressed to:

Brendon Alan McCord
DOC No. 638483
Racine Youthful Offender Correctional Facility
PO Box 2500
Racine, WI 53404-0002

Dated at Milwaukee, Wisconsin this 6th day of March, 2019.

                          MARGARET C. DAUN
                          Milwaukee County Corporation Counsel

         By:    s/ Anne Berleman Kearney
                ANNE BERLEMAN KEARNEY
                Wisconsin Bar No. 1031085
                Deputy Corporation Counsel

P.O. Mailing Address:
Milwaukee County Office of Corporation Counsel
901 North 9th Street, Room 303
Milwaukee, WI 53233
Telephone:    (414) 278-4432
Facsimile:    (414) 223-1283
Email:  anne.kearney@milwaukeecountywi.gov

2
Case 2:18-cv-01951-WED   Filed 03/06/19   Page 2 of 2   Document 8